FILED

DEC 20 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRhone DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr3431-JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony) |
| CARLOS PINEDA SEGURA, ) | |
| Defendant. ) | |

The United States Attorney charges:

**Count 1**

On or about November 20, 2007, within the Southern District of California, defendant CARLOS PINEDA SEGURA, in a matter within the jurisdiction of the Department of Homeland Security, Bureau of Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Border Patrol agent, that his name was Leon Beltran Martinez, Jr., whereas in truth and fact, as

//
//
//
//
//
//

CPH:pcf
12/13/07

1 | defendant then and there well knew, those statements and
2 | representations were false, fictitious and fraudulent when made; in
3 | violation of Title 18, United States Code, Section 1001.
4 | DATED: 12/20/07

KAREN P. HEWITT
UNITED STATES ATTORNEY



for CAROLINE P. HAN
Assistant U.S. Attorney