AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CARLOS PINEDA SEGURA | 07 cr 3431-JAH |
| | CASE NUMBER: 07-MJ-2725 |

I, CARLOS PINEDA SEGURA, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 20, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Carlos Pineda_
CARLOS PINEDA SEGURA
Defendant

_/s/ David Peterson_
David Peterson
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY